# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM S. COLBERT,** | : | **CIVIL ACTION NO. 1:04-CV-2632** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MS. JANE DAVIS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 12th day of May, 2005, upon consideration of defendants' motions (Docs. 14, 15) to dismiss filed on March 11, 2005, and it appearing that plaintiff has not filed a brief in response to the motions to dismiss as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiff shall file a brief in opposition to the motions (Docs. 14, 15) on or before May 23, 2005.  Failure to comply with this order may result in the granting of the motions or the dismissal of this case for failure to prosecute.  See L.R. 7.6; FED. R. CIV. P. 41(b).

                                                              S/ Christopher C. Conner
                                                             CHRISTOPHER C. CONNER
                                                             United States District Judge