# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM S. COLBERT,** | : | **CIVIL ACTION NO. 1:04-CV-2632** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MS. JANE DAVIS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of June, 2005, upon consideration of the order of court (Doc. 20) directing plaintiff to file, on or before May 23, 2005, briefs in opposition to defendants' motions to dismiss or risk the granting of the motions or dismissal of the above-captioned action for failure to prosecute, see L.R. 7.6; FED. R. CIV. P. 41(b), and it appearing that, as of the date of this order, plaintiff has not filed briefs in opposition, it is hereby ORDERED that plaintiff shall, on before June 20, 2005, file a response showing cause why the above-captioned action should not be dismissed for failure to prosecute.  See FED. R. CIV. P. 41(b).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge